UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TEXAS
EL PASO DIVISION

| | |
|---|---|
| ERIK SALAIZ, § § **Plaintiff,** § § v. § § NATIONS AUTO PROTECTION LLC § d/b/a VEHICLE GUARD, a Florida § Limited Liability Company; JUSTIN § SOLOMON; MATTHEW SECHTER; § and PALMER ADMINISTRATIVE § SERVICES, INC., a Delaware § Corporation, § § **Defendants.** § | EP-22-CV-00017-FM |

## **FINAL JUDGMENT**

Before the court are "Plaintiff's Motion to Dismiss with Prejudice" [ECF No. 15], filed February 25, 2022 and "Plaintiff's Motion to Dismiss with Prejudice" [ECF No. 16], filed March 22, 2022 (collectively, "Motions") both filed by Plaintiff Erik Salaiz. Plaintiff requests the court dismiss the case against Defendants Justin Solomon; Nations Auto Protection, LLC; and Matthew Sechter with prejudice.[1] Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i), "the plaintiff may dismiss an action without a court order by filing . . . a notice of dismissal before the opposing party serves either an answer or a motion for summary judgment."[2] The record reflects that Defendants have not filed an answer nor a motion for summary judgment.

---

[1] *See* "Plaintiff's Motion to Dismiss with Prejudice" 1, ECF No. 15, filed Feb. 25, 2022; "Plaintiff's Motion to Dismiss with Prejudice" 1, ECF No. 16, filed Mar. 22, 2022.

[2] FED. R. CIV. P. 41(a)(1)(A)(i).

1

Accordingly, the court enters its Final Judgment pursuant to Federal Rule of Civil Procedure 58 as follows:

1. It is **HEREBY ORDERED** that the cause is **DISMISSED WITH PREJUDICE.**

2. It is **FURTHER ORDERED** that all pending motions, if any, are **DENIED AS MOOT.**

3. The Clerk of the Court is **INSTRUCTED** to **CLOSE** the cause.

**SIGNED AND ENTERED** this 1st day of **April 2022.**

_____
**FRANK MONTALVO**
**UNITED STATES DISTRICT JUDGE**